United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-18948-elf
Deborah T. Baker                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: admin              Page 1 of 2              Date Rcvd: Jan 19, 2018
                             Form ID: 3180W           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2018.
```
db          +Deborah T. Baker,    217 Berbro Avenue,   Apt. #2,    Upper Darby, PA 19082-2014
aty         +TIMOTHY ZEARFOSS,    215 S. Broad St., 5th Floor,    Philadelphia, PA 19107-5318
13219842    +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
13282882    +AVALLONE LAW ASSOCS,    5TH FLR,   215 S. BROAD ST,   PHILA, PA 19107-5318
13247023    +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
13243426     Wells Fargo Bank, National Association,    c/o Ocwen Loan Servicing, LLC,
              Attn: Bankruptcy Department,    P.O. Box 24605,   West Palm Beach, FL 33416-4605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Jan 20 2018 02:15:20     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 20 2018 02:14:44
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 20 2018 02:15:11     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13214567    +E-mail/Text: seinhorn@ars-llc.biz Jan 20 2018 02:15:39     Ability Recovery Services,
              PO Box 4031,    Wyoming PA 18644-0031
13231101    +EDI: AFNIRECOVERY.COM Jan 20 2018 02:08:00     Afni, Inc,   PO Box 3667,
              Bloomington, IL 61702-3667
13184021     EDI: AIS.COM Jan 20 2018 02:08:00     American InfoSource LP as agent for,
              T Mobile/T-Mobile USA Inc,    PO Box 248848,   Oklahoma City, OK  73124-8848
13206730    +EDI: JEFFERSONCAP.COM Jan 20 2018 02:08:00      COLLECTO US ASSET MANAGEMNT, INC.,
              c o Jefferson Capital Systems LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
13207013     EDI: CAPITALONE.COM Jan 20 2018 02:08:00     Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC  28272-1083
13176290    +E-mail/Text: bankruptcy@cavps.com Jan 20 2018 02:15:06      Cavalry Investments, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13191332     E-mail/Text: bankruptcy.bnc@ditech.com Jan 20 2018 02:14:32      Green Tree Servicing, LLC,
              PO BOX 0049,    Palatine, IL 60055-0049
13241200     EDI: PRA.COM Jan 20 2018 02:08:00     Portfolio Recovery Associates, LLC,    POB 41067,
              Norfolk VA 23541
13269441     EDI: AGFINANCE.COM Jan 20 2018 02:08:00     Springleaf Financial Services,    P.O. Box 3251,
              Evansville, IN 47731-3251
13472647     EDI: BL-TOYOTA.COM Jan 20 2018 02:08:00      TOYOTA MOTOR CREDIT CORPORATION,
              C/O BECKET AND LEE LLP,    POB 3001,   MALVERN, PA 19355-0701
13186798     EDI: TFSR.COM Jan 20 2018 02:08:00     Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
              Cedar Rapids, Iowa 52408-8026
13277168    +EDI: WFFC.COM Jan 20 2018 02:08:00     Wells Fargo Bank,    PO Box 63491 MAC A0143-042,
              San Francisco, CA 94163-0001
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: admin              Page 2 of 2               Date Rcvd: Jan 19, 2018
                              Form ID: 3180W           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2018 at the address(es) listed below:

```
            JEROME B. BLANK    on behalf of Creditor    GreenTree Servicing, LLC paeb@fedphe.com
            LAWRENCE W. ABEL    on behalf of Debtor Deborah T. Baker abel@avallonelaw.com,
             mteran@avallonelaw.com
            LAWRENCE W. ABEL    on behalf of Plaintiff Deborah T. Baker abel@avallonelaw.com,
             mteran@avallonelaw.com
            LESLIE J. RASE    on behalf of Creditor    Wells Fargo Bank, National Association pabk@logs.com,
             lerase@logs.com
            MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
             paeb@fedphe.com
            PETER J. ASHCROFT    on behalf of Creditor    GreenTree Servicing, LLC pashcroft@bernsteinlaw.com,
             ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
            REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
             philaecf@gmail.com
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Deborah T. Baker** | Social Security number or ITIN **xxx–xx–7324** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN  _ _ _ _ |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | |
| Case number:  **13–18948–elf** | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Deborah T. Baker

<u>1/18/18</u>                                                    **By the court:**    <u>Eric L. Frank</u>
                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                           **Chapter 13 Discharge**                           page 2